reasons stated in the opinion in that case judgment is directed for the plaintiff as prayed for, with costs. All concur, HATCH, J., in result.

MYERS, Respondent, v. HOBSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1903.) Action by Clara B. Myers against Mary J. Hobson, individually, etc.

PER CURIAM. Judgment reversed and new trial ordered, with costs to the appellant to abide event, upon questions of law only, the facts having been examined and no error found therein, upon authority of Mahaney v. Carr et al. (recently decided by the Court of Appeals, but not yet officially reported) 67 N. E. 903.

NELSON et al., Respondents, v. OELRICHS et al., appellants (two cases). (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by Hannah Nelson and others against Theresa A. Oelrichs and others. F. B. Candler, for appellants. J. E. Chandler, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

NEWBERRY, Respondent, v. MacLAREN, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 2, 1903.) Action by Merritt E. Newberry against James T. MacLaren. No opinion. Order affirmed, with $10 costs and disbursements.

NEW YORK & HAITI TRADING CO. v. CAMPBELL et al. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by the New York & Haiti Trading Company against Thomas C. Campbell and another. No opinion. Motion granted, with $10 costs.

NOLAN v. NOLAN. (Supreme Court, Appellate Division, Second Department. October 2, 1903.) Action by Ann Nolan against Michael Nolan. No opinion. Motion granted, unless the case is prepared for presentation at the next term; otherwise, motion denied.

In re NORTON'S WILL. (Supreme Court, Appellate Division, Fourth Department. July 7, 1903.) In the matter of proving the last will and testament of Lucinda W. Norton, deceased.

PER CURIAM. Decree of Surrogate's Court, entered herein, refusing probate, reversed, and a new trial of the material questions of fact arising upon the issues between the parties ordered to take place at the next trial term of the Supreme Court in Onondaga county, with costs to the appellant against the respondents personally to abide event. The form of the order to be settled by and before HISCOCK, J., on two days' notice. Held, that a review of the testimony presented does not satisfy this court that the conclusion of the learned surrogate that the testatrix was incompetent to make the will in question is in accordance with the preponderance of evidence.

O'BRIEN, Respondent, v. SILO, Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1903.) Action by Andrew O'Brien against James P. Silo. No opinion. Judgment of the Municipal Court affirmed, with costs.

O'CONNOR v. BYRNE. (Supreme Court, Appellate Division, Fourth Department. October 2, 1903.) Action by William O'Connor against Peter Byrne. No opinion. Motion for leave to appeal to the Court of Appeals granted; the form of the order to be settled by and before WILLIAMS, J., on two days' notice.

O'KEEFE, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by John G. O'Keefe, as receiver, against the city of New York. H. D. Hotchkiss, for appellant. C. Mellen, for respondent. No opinion. Judgment and order affirmed, with costs.

ONEONTA, C. & R. S. RY. Co. v. COOPERSTOWN & C. V. R. CO. et al. (Supreme Court, Appellate Division, Third Department. September 15, 1903.) Action by the Oneonta, Cooperstown & Richfield Springs Railway Company against the Cooperstown & Charlotte Valley Railroad Company and the Cooperstown & Susquehanna Valley Railroad Company. No opinion. Motion denied.

OSBORN, Respondent, v. OCORR & RUGG CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 7, 1903.) Action by George E. Osborn, as administrator, etc., against the Ocorr & Rugg Company. No opinion. Judgment and order affirmed, with costs.

OSBORNE v. OCORR & RUGG CO. (Supreme Court, Appellate Division, Fourth Department. September 30, 1903.) Action by George E. Osborne, as administrator, etc., against the Ocorr & Rugg Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

OSTRANDER, Respondent, v. HELDERBERG CEMENT CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 25, 1903.) Action by John M. Ostrander against the Helderberg Cement Company. No opinion. Judgment and order unanimously affirmed, with costs.

PACKARD v. ROSENTHAL et al. (Supreme Court, Appellate Division, Fourth Department. October 2, 1903.) Action by Samuel Packard against Gates E. Rosenthal and another, impleaded, etc. No opinion. Motion to dismiss appeal granted, with $10 costs, unless the appellant files and serves the printed papers on appeal and pays $10 costs of this motion within 20 days after service upon his attorney of a copy of the decision by this court of the appeal from the order denying appellant's motion for leave to file exceptions to the referee's report nunc pro tunc, in which event the motion is denied.